UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| CLEARWATER NATURAL RESOURCES, LP, et al., | § § | CASE NO. 09-70011 |
| | § | CHAPTER 11 |
| Debtor | § § | (Jointly Administered) |

### ORDER

The Court having considered the Application of the Official Unsecured Creditors Committee of Miller Bros. Coal, LLC to employ John O. Morgan, Jr. as local counsel and his Declaration in support thereof, and it appearing that John O. Morgan, Jr. is a disinterested person and that the employment of said attorney is in the best interest of this estate, it is hereby,

ORDERED, that of the Official Unsecured Creditors Committee of Miller Bros. Coal, LLC, is authorized to employ John O. Morgan, Jr., as local counsel and conflicts counsel, to perform any and all legal services required by them in and about the administration of the estate, and the compensation of said attorney as fixed by the Court shall be paid as a part of the costs and expenses of administering this estate.

COPIES TO: Debtor, Creditors, Attorneys and all interested parties

Pursuant to Local Rule 9022-1(c), John O. Morgan, Jr. shall cause a copy of this order to be served on all creditors, attorneys, and parties in interest pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

5

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*William S. Howard*
**Bankruptcy Judge
Dated: Friday, February 13, 2009
(jms)**