IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| CLEARWATER NATURAL | ) | |
| RESOURCES, L.P., et al., | ) | CASE NO. 09-70011 |
| | ) | JOINTLY ADMINISTERED |
| DEBTORS. | ) | |
| | ) | |

### AGREED ORDER REGARDING PARTIAL DISTRIBUTION OF SALES PROCEEDS

This matter is before the Court on the Motion for Entry of Agreed Order Regarding Partial Distribution of Sales Proceeds (the "Motion"). After the considering the Motion, the agreement of the parties referenced therein and the lack of objections to the Motion, the Court finds and orders as follows:

ORDERED that the Motion should be and hereby is granted; it is further

ORDERED that pursuant to paragraph 26 of the Sale Order[1], Bank of America is immediately authorized to distribute to the Lenders up to $18.5 million of the proceeds received from the Sale; it is further

ORDERED that from such distribution, Bank of America may reserve or otherwise hold back any amounts it deems appropriate in order to comply with any relevant loan documents or orders of this Court or to satisfy future liabilities or distributions; it is further

ORDERED that nothing in this agreed order shall limit or prohibit Bank of America from making any additional distribution requests or any parties' ability to object to such request.

---

[1] All capitalized terms used but not defined herein shall be given the definition provided to such term in the Motion.

Tendered By:

Ronald E. Gold
**FROST BROWN TODD LLC**
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 651-6156
Fax: (513) 651-6981

**COUNSEL TO BANK OF AMERICA, N.A.**

AGREED AS TO FORM AND SUBSTANCE:

| | |
|---|---|
| _____*/s/ Phillip Lamberson*_____<br>Phillip Lamberson<br>Matthew Ferris<br>**WINSTEAD PC**<br>1201 Elm Street, Suite 5400<br>Dallas, Texas 75270<br>Phone: (214) 745-5400<br>Fax: (214) 745-5390<br><br>and<br><br>Ronald E. Gold<br>**FROST BROWN TODD LLC**<br>2200 PNC Center<br>201 East Fifth Street<br>Cincinnati, Ohio 45202<br>Phone: (513) 651-6156<br>Fax: (513) 651-6981 | _____*/s/ Mary L. Fullington*_____<br>Daniel Stewart<br>Tonya M. Ramsey<br>**VINSON & ELKINS LLP**<br>2001 Ross Avenue<br>Suite 3700<br>Dallas, Texas 75201<br>Phone: (214) 220-7700<br>Fax (214) 220-7750<br><br>and<br><br>Mary L. Fullington<br>**WYATT, TARRANT & COMBS, LLP**<br>250 West Main Street, Suite 1600<br>Lexington, Kentucky 40507<br>Tel: (859) 233.2012<br>Fax: (859) 259.0649 |

_____*/s/ John Lucian*_____
John Lucian
**BLANK ROME LLP**
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5442
Fax: (215) 832-5442

and

John O. Morgan
PO Box 25667
Lexington, KY 40524
Phone: (859) 253-6500

Pursuant to Local Rule 9022-1(c) Ronald E. Gold, Esq. shall cause a copy of this Order to be served on each of the parties on the Master Service List and shall file with the Court a Certificate of Service of the Order upon such parties, within fourteen (14) days thereof:

LEXLibrary BT07586.0554939 422869v1

**AGREED ORDER REGARDING PARTIAL DISTRIBUTION OF SALES PROCEEDS        PAGE 3 OF 3**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
***The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.***



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge
Dated: Monday, May 10, 2010
(jms)**