IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 09-70011 |
| ) | |
| CLEARWATER NATURAL ) | CHAPTER 11 |
| RESOURCES, LP *et al.* ) | |
| ) | POST CONFIRMATION REPORT |
| DEBTORS. ) | |
| ) | _X_ QUARTERLY ____ FINAL |
| ) | |
| ) | QUARTER ENDING: June 30, 2015 |
| ) | |
| ) | DATE PLAN CONFIRMED: March 16, 2010 |

ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR OR OTHER RESPONSIBLE PARTY EITHER UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEE.

SUMMARY OF DISBURSEMENTS MADE THIS QUARTER:

| | |
|---|---|
| Disbursements made under the plan by the Creditors Trustee: | $31,975.58 |
| Disbursements made other than under the plan by the Creditors Trustee: | $0 |
| Total Disbursements: | $31,975.58 |

I CERTIFY UNDER THE PENALTY OF PERJURY THAT THE ABOVE INFORMATION REGARDING DISBURSEMENTS MADE BY THE CREDITORS TRUSTEE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _/s/ John W. Teitz_                              DATE: 7/23/15
John W. Teitz, as Creditors Trustee

Respectfully submitted,

 /s/ Mary L. Fullington
Mary L. Fullington (Ky. Bar No. 85335)
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky  40507-1746
Phone: (859) 233-2012
Fax:    (859) 259-0649
E-mail:  Lexbankruptcy@wyattfirm.com

COUNSEL FOR THE CREDITORS TRUST
OF MILLER BROS. COAL, LLC

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing has been served electronically in the method established under the CM/ECF Administrative Procedures Manual to all parties designated to receive electronic service via the Court's CM/ECF system on this 11th day of August, 2015.

                                             /s/ Mary L. Fullington
                                             Mary L. Fullington

61372905.1